

**NOT FOR PUBLICATION**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ANGIE ELIAS,<br><br>                      Debtor. | Case No. 2:19-bk-18550-RK<br><br>Chapter 7<br><br>**ORDER DENYINGTHE REQUEST OF DEBTOR'S HUSBAND FOR RECONSIDERATION ON ORDER AND NOTICE OF DISMISSAL OF DEBTOR'S BANKRUPTCY CASE FOR FAILURE TO FILE SCHEDULES** |

      Having considered the Request of Bob Elias, Debtor Angie Elias's husband, on her behalf for Reconsideration on Order and Notice of Dismissal for Failure to File Schedules ("Motion") (Docket No. 27) filed on August 27, 2019, the court denies the Motion because: (1) Mr. Elias lacks standing to act for Debtor since he has not shown that he is an attorney at law licensed to practice before this court, and Debtor as a self-represented party generally has to appear for herself in this case as required by Local Bankruptcy Rule 9011-2; (2) the Motion does not comply with Local Bankruptcy Rule 1017-2(c)(1) governing motions to vacate an order of dismissal of a case because the motion did include as exhibits all of the documents that were not timely filed and the

motion was not supported by a declaration of the debtor under penalty of perjury establishing a sufficient reason why the documents were not timely filed. The rule states as follows:

> Any motion requesting that the dismissal of a case for failure to timely file a required document or for failure to appear at the meeting of creditors be vacated must include as exhibits to the motion all of the documents that were not timely filed and must be supported by a declaration under penalty of perjury establishing a sufficient explanation why the documents were not timely filed. The motion may be ruled on without further notice or hearing pursuant to LBR 9013-1(q).

Local Bankruptcy Rule 1017-2(c)(1).  Debtor failed to include the documents that were not timely filed and did not include a declaration explaining under penalty of perjury why her documents were not timely filed.

For the foregoing reasons, the court denies the Motion.

IT IS SO ORDERED.

###

Date: September 26, 2019

_____
Robert Kwan
United States Bankruptcy Judge